

JUN 22 2007

U.S. Department of Justice

United States Attorney
Southern District of New York
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

June 22, 2007
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/07

**By Hand**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street - Room 1040
New York, NY 10007

Re:  *United States v. Jose Zumaya, et al.*
07 Cr. 564 (DLC)

Dear Judge Cote:

      The defendants in the above-captioned case were indicted on June 20, 2007, and the case was wheeled out to Your Honor. Please find a copy of the Indictment attached. The arraignment and first pre-trial conference have been scheduled for June 28, 2007 at 3:30 p.m.

      In addition, the Government intends to make an application to revoke the bail package set for defendant Jose Zumaya based upon new information material to the defendant's risk of flight, pursuant to 18 U.S.C. § 3142(f)(2). On June 14, 2007, following argument, Magistrate Judge Freeman granted the defendant's request for bail, and ordered that the following conditions had to be satisfied prior to the defendant's release: (1) the posting of a $350,000 bond signed by 5 co-signers and secured by two residences, one owned by Maria Del Carmen Gonzalez, and the other owned by Guadalupe Zumaya; (2) strict pre-trial supervision, including drug testing; and (3) the surrender of all travel documents and travel restricted to the Southern and Eastern Districts of New York, and the Southern District of Texas. A copy of the transcript of the bail hearing is enclosed. The defendant remains detained as he has not satisfied the above conditions.

      Finally, the Government respectfully requests that time be excluded from today until June 28, 2007 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) to permit the Government to gather and prepare discovery. I have spoken to defense counsel for all three

defendants, and each has indicated that there is no objection to this request.

>Respectfully submitted,
>
>MICHAEL J. GARCIA
>United States Attorney
>
>By: _____
>Brendan R. McGuire
>Assistant United States Attorney
>212.637.2220

cc:   Todd Greenberg, Esq. (via fax)
      Counsel for Jose Zumaya

      Mitch Dinnerstein, Esq. (via fax)
      Counsel for Victor Perez

      George Goltzer (via fax)
      Counsel for Ismael Roque

> Granted. Having concluded that the interests of justice outweigh the best interests of the defendant and public in a speedy trial, time is excluded to 6/25/07.
>
> Denise Cote
> June 22, 2007

-2-