UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    v.

VICTOR PEREZ,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER

07 Cr 564 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Theodore H. Katz, United States Magistrate Judge, on December 11, 2007;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count Three of the Indictment knowingly and voluntarily, and that there is a factual basis for the guilty plea,

IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated: ~~January    , 2008~~
       February 6, 2008

The Honorable Denise L. Cote
United States District Judge