```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA,

    -v-

VICTOR PEREZ,

                Defendant.
----------------------------------------x

07 CR. 564 (DLC)

<u>ORDER</u>

DENISE COTE, District Judge:

    For the reasons stated on the record on March 21, 2008, it is hereby

    ORDERED that Victor Perez, USM #70313-054, is remanded to the custody of the United States Marshal.

    SO ORDERED:

Dated:    New York, New York
            March 21, 2008

                                                  _____
                                                     DENISE COTE
                                        United States District Judge